| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| TARA THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:15-cv-387 |
| | § | |
| MAXIE SPROTT, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The court has received and considered the report and recommendation of the magistrate judge, which recommends that the court dismiss Plaintiff Tara Thomas's cases for failure to prosecute. (Doc. No. 5.) No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 5) is **ADOPTED** and the following cases are dismissed without prejudice: 1:15-cv-00387; 1:15-cv-00388; 1:15-cv-00389; 1:15-cv-00390; 1:15-cv-00394; 1:15-cv-00395; 1:15-cv-00393; 1:15-cv-00398; 1:15-cv-00399; 1:15-cv-00401; 1:15-cv-00402; 1:15-cv-00410; 1:15-cv-00412; 1:15-cv-00413; 1:15-cv-00418; 1:15-cv-00419; 1:15-cv-00428; 1:15-cv-00429. The clerk of court is directed to close these cases and terminate all pending motions.

SIGNED at Beaumont, Texas, this 11th day of July, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE